IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PHILLIP TUCKER, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 3:18CV120–HEH
 )
ARLINGTON COUNTY DETENTION )
CENTER, )
 )
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On March 13, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 12, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $11.67 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                            /s/
                              HENRY E. HUDSON
Date: May 4, 2018           UNITED STATES DISTRICT JUDGE
Richmond, Virginia

FILED MAY - 4 2018 CLERK, U.S. DISTRICT COURT RICHMOND, VA